MARTIN L. FINEMAN (California SBN 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Ste 800
San Francisco, CA 94111-6533
Tel: (415) 276-6500
Fax: (415) 276-6599
E-Mail: martinfineman@dwt.com
Attorneys for Plaintiff
T-MOBILE WEST CORPORATION

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE WEST CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH, a public entity organized and existing under the laws of the State of California; CITY COUNCIL OF THE CITY OF HUNTINGTON BEACH,<br><br>Defendants. | Case No. **CV 10-2835 CAS (Ex)**<br><br>**JUDGMENT**<br><br>Honorable Christina A. Snyder<br>Courtroom: 5 |

    IT IS ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff T-Mobile West Corporation ("T-Mobile") against Defendants City of Huntington Beach and the City Council of the City of Huntington Beach (collectively, the "City") on the Second Claim for Relief in T-Mobile's Complaint for violation of 47 U.S.C. § 332(c)(7)(B)(i)(II).

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the City is enjoined to issue all necessary permits, including a conditional use permit (Permit No. 2009-015), for T-Mobile's proposed wireless telecommunications facility at Community United Methodist Church, 6666 Heil Avenue, Huntington Beach,

1

subject to the conditions of approval contained in the Notice of Action dated November 4, 2009, a copy of which is attached hereto as Exhibit 1.

Costs are awarded to T-Mobile.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: October 24, 2012.

_____
The Honorable Christina A. Snyder
United States District Judge